UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HUDSON BAY MASTER FUND LTD., *et al.*, | Civil Action No. 2:18-cv-16206-MCA-LDW |
| Plaintiffs, | ECF Case |
| v. | Document Electronically Filed |
| PERRIGO CO., PLC, *et al.*, | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

Plaintiffs Hudson Bay Master Fund Ltd. and Hudson Bay Merger Arbitrage Opportunities Master Fund Ltd. ("Plaintiffs") and Defendants Perrigo Company plc ("Perrigo"), Joseph Papa, and Judy Brown (collectively, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on November 15, 2018, Plaintiffs commenced the above-captioned individual action (the "Action");

WHEREAS, the Action has been designated as related to *Roofer's Pension Fund v. Papa, et al.*, No. 2:16-cv-2805-MCA-LDW (the "Consolidated Class Action");

WHEREAS, the complaint in the Action (the "Complaint") involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Class Action Amended Complaint") in *Roofers' Pension Fund, et al. v. Perrigo Company plc, et al.*, Civ. A. No. 2:16-cv-02805-MCA-LDW (the "Class Action");

WHEREAS, the defendants in the Consolidated Class Action moved to dismiss the Class Action Amended Complaint (the "Motions to Dismiss");

WHEREAS, on July 27, 2018, the Court in the Consolidated Class Action issued an opinion granting in part and denying in part the Motions to Dismiss (2018 WL 3601229) (the "July 27, 2018 Decision");

WHEREAS, on January 26, 2018, actions captioned *Mason Capital L.P., et al. v. Perrigo Company PLC, et al.*, Civ. A. No. 2:17-cv-01119-MCA-LDW (the "Mason Action") and *Pentwater Equity Opportunities Master Fund Ltd., et al., v. Perrigo Company PLC, et al.*, Civ. A. No. 2:18-cv-01121-MCA-LDW (the "Pentwater Action") were commenced by the respective plaintiffs in those actions, and the amended complaint in the Mason Action and the complaint in the Pentwater Action involve claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the Complaint in this Action;

WHEREAS, in the Mason Action and in the Pentwater Action, the parties entered into stipulations containing terms similar to the terms set forth in this stipulation, which stipulations were "so ordered" by the Court on February 21, 2018 and November 9, 2018;

WHEREAS, the parties have agreed that Defendants shall answer, rather than move to dismiss, the Complaint on or before January 11, 2019; and

WHEREAS, the parties seek entry of an order replicating any issues resolved by the July 27, 2018 Decision;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. By entering into this stipulation, Defendants accept service of the summons and complaint in the Action and expressly preserve all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the timeliness and sufficiency of service of the summons and Complaint and the form of the summons.

2. The issues and arguments raised in the briefing in connection with the Motions to Dismiss in the Consolidated Class Action shall not be re-briefed in this Action but rather, for purposes of judicial efficiency, shall be treated as if such issues and arguments had been raised in motion(s) to dismiss in this Action and had been resolved in a similar fashion to the way those issues and arguments were resolved in the July 27, 2018 Decision, including, but not limited to, the determinations by the Court in the Consolidated Class Action to "dismiss Plaintiff's claims regarding the Tysabri royalty stream without prejudice" and to "dismiss the claims related to organic growth without prejudice."

3. Defendants shall answer the Complaint on or before January 11, 2019.

4. Discovery shall be coordinated with discovery in the Consolidated Class Action.

Dated: December 19, 2018

**WHIPPLE AZZARELLO, LLC**

*/s/ John A. Azzarello*
John A. Azzarello
161 Madison Avenue
Suite 325
Morristown, NJ 07960
(973) 267-7300
azzarello@whippleazzarellolaw.com

**LABATON SUCHAROW LLP**
Serena P. Hallowell (*pro hac vice to be filed*)
Corban S. Rhodes (*pro hac vice to be filed*)
Eric D. Gottlieb (*pro hac vice to be filed*)
140 Broadway
New York, NY 10005
(212) 907-0700
shallowell@labaton.com
crhodes@labaton.com
egottlieb@labaton.com

*Attorneys for Plaintiffs*

**GREENBAUM ROWE SMITH & DAVIS LLP**

*/s/ Alan S. Naar*
Alan S. Naar
99 Wood Avenue South
Iselin, New Jersey 08830
Telephone: (732) 549-5600
Facsimile: (732) 549-1881
anaar@greenbaumlaw.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice to be filed*)
James E. Anklam (*pro hac vice to be filed*)
801 17th Street, NW
Washington DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice to be filed*)
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
samuel.groner@friedfrank.com

*Counsel for Defendant Perrigo Company plc*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Reed Brodsky*
Reed Brodsky (*pro hac vice to be filed*)
Aric H. Wu (*pro hac vice to be filed*)
Marshall R. King
200 Park Avenue
New York, New York 10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

*/s/ John L. Hardiman*
John L. Hardiman (*pro hac vice to be filed*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice to be filed*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

SO ORDERED THIS 20th DAY OF December, 2018

~~Hon. Madeline Cox Arleo, U.S.D.J.~~
Hon. Leda D. Wettre, U.S.M.J.